CheckView                                                                Page 1 of 1

**Earnings Statement**

| Co. | File # | Clock | Number |
|---|---|---|---|
| UB7 | 001001 | | 52791060 |

**Worked In Dept:** 001100
**Home Dept:** 001100

**Period End:** 12/28/2007
**Pay Date:** 01/02/2008

*Transport Worker's*

**Lloyd Archer**
**435 Bainbridge**
**Stree**
**Brooklyn, NY 11233**

| Earnings | Code | Field # | Hours | Amount |
|---|---|---|---|---|
| Regular | | | 80.00 | 3,058.15 |
| | P - Pers | 4 | 8.00 | |
| **Gross Pay** | | | | **3,058.15** |

| Deductions | Statutory | Amount |
|---|---|---|
| Federal Income Tax | | 365.63 |
| Social Security | | 186.70 |
| Medicare | | 43.66 |
| State Worked In: New York | NY | 168.68 |
| Local Worked In: NYC resident | 0022 | 98.95 |

| | Other | Amount |
|---|---|---|
| | 4 - Telephone | 50.00 |
| | 75 - Support Order | 356.00 |
| | C - Cope | 6.00 |
| | G - Medical 1.5307 | 46.81 |
| | N - P2 Pension Arre | 72.87 |
| | O - P3 Pension Cont | 40.09 |

**Net Pay** ............................................................................................. **1,622.76**

| Memos | Code | Amount |
|---|---|---|

Print    Close

CheckView                                                                                 Page 1 of 1

| Co. | File # | Clock | Number | | **Earnings Statement** |
|---|---|---|---|---|---|
| UB7 | 001001 | | 52824272 | | |

Worked In Dept: 001100
Home Dept: 001100

Period End: 01/11/2008
Pay Date: 01/16/2008

*Transport Worker's*

**Lloyd Archer**
**435 Bainbridge**
**Stree**
**Brooklyn, NY 11233**

| Earnings | Code | Field # | Hours | Amount |
|---|---|---|---|---|
| Regular | | | 80.00 | 3,058.15 |
| | P - Pers | 4 | 8.00 | |

| Gross Pay | | | | 3,058.15 |
|---|---|---|---|---|

| Deductions | Statutory | | | Amount |
|---|---|---|---|---|
| Federal Income Tax | | | | 365.63 |
| Social Security | | | | 186.71 |
| Medicare | | | | 43.67 |
| State Worked In: New York | NY | | | 168.68 |
| Local Worked In: NYC resident | 0022 | | | 98.95 |

| | Other | | | Amount |
|---|---|---|---|---|
| | 4 - Telephone | | | 50.00 |
| | 75 - Support Order | | | 356.00 |
| | C - Cope | | | 6.00 |
| | G - Medical 1.5307 | | | 46.81 |
| | N - P2 Pension Arre | | | 72.87 |
| | O - P3 Pension Cont | | | 40.09 |

| Net Pay | | | | 1,622.74 |
|---|---|---|---|---|

| Memos | Code | | | Amount |
|---|---|---|---|---|

Print    Close

| CO. | FILE | DEPT. | CLOCK NUMBER | 020 |
|---|---|---|---|---|
| UB7 | 001001 | 001100 | 0052850882 | 1 |

TRANSPORT WORKERS UNION  
80 W END AVENUE  
NEW YORK NY 10023

# Earnings Statement

**ADP**®

Period Ending:  01/25/2008

Pay Date:  01/30/2008

Taxable Marital Status:  Married  
Exemptions/Allowances:  
   Federal:  1  
   NY:  1  
   New York Cit:  1

Social Security Number:  XXX-XX-XXXX

LLOYD ARCHER  
435 BAINBRIDGE STREE  
BROOKLYN, NY 11233

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg | 3058.15 | 80.00 | 3,058.15 | 9,174.45 |
| Vac | | 8.00 | | |
| **Gross Pay** | | | **$3,058.15** | 9,174.45 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -365.63 | 1,096.89 |
| | Social Security Tax | -186.70 | 560.11 |
| | Medicare Tax | -43.66 | 130.99 |
| | NY State Income Tax | -168.68 | 506.04 |
| | New York Cit Income Tax | -98.95 | 296.85 |
| | **Other** | | |
| | Child Support | -356.00 | 1,068.00 |
| | Cope | -6.00 | 18.00 |
| | Medical 1.5307 | -46.81* | 140.43 |
| | P2 Pension Arre | -72.87 | 218.61 |
| | P3 Pension Cont | -40.09 | 120.27 |
| | **Net Pay** | **$1,672.76** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $3,011.34

| CO. | FILE | DEPT. | CLOCK | NUMBER | 020 |
|---|---|---|---|---|---|
| UB7 | 001001 | 001100 | | 0052882057 | 1 |

**Earnings Statement**

TRANSPORT WORKERS UNION
80 W END AVENUE
NEW YORK NY 10023

Period Ending: 02/08/2008

Pay Date: 02/13/2008

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal: 1
    NY: 1
    New York Cit: 1

LLOYD ARCHER
435 BAINBRIDGE STREE
BROOKLYN, NY 11233

Social Security Number: XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg | 3058.15 | 80.00 | 3,058.15 | 12,232.60 |
| Sick | | 16.00 | | |
| **Gross Pay** | | | **$3,058.15** | 12,232.60 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -365.63 | 1,462.52 |
| | Social Security Tax | -186.70 | 746.81 |
| | Medicare Tax | -43.67 | 174.66 |
| | NY State Income Tax | -168.68 | 674.72 |
| | New York Cit Income Tax | -98.95 | 395.80 |
| | **Other** | | |
| | Child Support | -356.00 | 1,424.00 |
| | Cope | -6.00 | 24.00 |
| | Medical 1.5307 | -46.81* | 187.24 |
| | P2 Pension Arre | -72.87 | 291.48 |
| | P3 Pension Cont | -40.09 | 160.36 |
| | Telephone | -50.00 | |
| | **Net Pay** | | **$1,622.75** |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $3,011.34

| CO. | FILE | DEPT. | CLOCK | NUMBER | 020 |
|---|---|---|---|---|---|
| UB7 | 001001 | 001100 | | 0052910347 | 1 |

TRANSPORT WORKERS UNION
80 W END AVENUE
NEW YORK NY 10023

**Earnings Statement**  ADP

Period Ending:  02/22/2008

Pay Date:  02/27/2008

Taxable Marital Status:  Married
Exemptions/Allowances:
  Federal:  1
  NY:  1
  New York Cit:  1

LLOYD ARCHER
435 BAINBRIDGE STREE
BROOKLYN, NY 11233

Social Security Number: XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg | 3058.15 | 80.00 | 3,058.15 | 15,290.75 |
| Sick | | 16.00 | | |
| Gross Pay | | | $3,058.15 | 15,290.75 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | -365.63 | | 1,828.15 |
| Social Security Tax | -186.71 | | 933.52 |
| Medicare Tax | -43.66 | | 218.32 |
| NY State Income Tax | -168.68 | | 843.40 |
| New York Cit Income Tax | -98.95 | | 494.75 |
| **Other** | | | |
| Child Support | -356.00 | | 1,780.00 |
| Cope | -6.00 | | 30.00 |
| Medical 1.5307 | -46.81* | | 234.05 |
| P2 Pension Arre | -72.87 | | 364.35 |
| P3 Pension Cont | -41.49 | | 201.85 |
| P4 Deficit | -4.21 | | 4.21 |
| Telephone | -50.00 | | |
| **Net Pay** | | | $1,617.14 |

* Excluded from federal taxable wages

Your federal taxable wages this period are $3,011.34